Irving B. KAS, on behalf of all shareholders, Plaintiff,

v.

HARCOURT BRACE JOVANOVICH, INC., et al., Defendants.

No. 87 Civ. 3811 (JFK).

United States District Court,
S.D. New York.

July 24, 1987.

ORDER

KEENAN, District Judge:

For the reasons stated in the Court's Opinion and Order issued on this date in *British Printing & Communication Corp. v. Harcourt Brace Jovanovich, Inc.*, 664 F.Supp. 1519, Plaintiff's motion for a preliminary injunction is denied.

SO ORDERED.